UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RONALD AMBROSE,

                          Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,

                          Defendants.

No. 02 Civ. 10200 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The above-captioned case has been reassigned to my docket from the docket of the Honorable Kenneth M. Karas, District Judge. The Court will, however, refer the pending motion for reconsideration back to Judge Karas for decision, pursuant to the briefing schedule entered by Judge Karas on April 16, 2009.

    IT IS HEREBY ORDERED that, within fifteen (15) calendar days of the date of this Order, the parties shall jointly submit a letter, not to exceed five (5) pages, providing, in separate paragraphs:

(1)    A brief statement of the nature of the action and the principal defenses thereto;

(2)    A brief description of all outstanding motions and/or outstanding requests to file motions;

(3)    A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations;

(4)    A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(5)    The estimated length of trial;

(6) Any other information that you believe may assist this Court in resolving this action.

The letter submitted to the Court pursuant to this Order should be mailed or e-mailed directly to chambers, and not filed electronically. Please consult my Individual Rules with respect to communications with chambers and related matters.

IT IS FURTHER ORDERED that the parties shall appear for a status conference with the Court on May 12, 2009 at 10 a.m.

SO ORDERED.

DATED:   April 21, 2009
         New York, New York

　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE